1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant JULIAN CHAVEZ

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11 | UNITED STATES OF AMERICA,        ) No.  CR-11-00120-LHK
                                      )
12 |          Plaintiff,               ) **STIPULATION TO CONTINUE**
                                      ) **HEARING TO NOVEMBER 30, 2011 at**
13 | vs.                              ) **10:00 a.m., and [~~PROPOSED~~] ORDER**
                                      )
14 | JULIAN CHAVEZ,                   )
                                      )
15 |          Defendant.               )
                                      )
16

17                        **STIPULATION**

18     The parties, Julian Chavez and the government, acting through their respective counsel and

19 subject to the Court's approval, stipulate that the hearing date currently set for November 9,

20 2011, be vacated and that the Court set a new hearing date on November 30, 2011, at 10:00 a.m.

21     Counsel for Mr. Chavez will be in trial on November 9, 2011, before the Honorable

22 Ronald M. Whyte.  The request for the continuance is also based on the parties ongoing

23 investigation and discussions which lead them to believe that the case will be resolved without

24 the need to hear the motion to dismiss, or for a trial.  The continuance will enable the parties

25 sufficient time to resolve the case without trial.

26 ///

Stipulation and Order Continuing Hearing
No. CR-11-00120 -LHK                      1

1   The parties further agree and stipulate for purposes of Speedy Trial Act computations
2   pursuant to Title 18, United States Code, Sections 18 U.S.C. §3161(h)(7)(A) and (B)(iv) that
3   time should be excluded from November 9, 2011 through and including November 30, 2011, to
4   provide continuity of counsel and to provide defense counsel further time to prepare.
5   Accordingly, Mr. Chavez and the government agree that granting the requested exclusion of time
6   will serve the interest of justice and outweigh the interest of the public and the defendant in a
7   speedy trial.

Dated:  November 4, 2011

            /s/_____
            Manuel U. Araujo,
            Assistant Federal Public Defender

Dated:  November 4, 2011

            /s/_____
            Ann Marie Ursini,
            Special Assistant United States Attorney

### [~~PROPOSED~~] ORDER

WHEREFORE, based on the above, the COURT HEREBY ORDERS that the hearing currently scheduled on November 9, 2011, is continued to November 30, 2011, at 10:00 a.m., and further ordered that the period of delay from time from November 9, 2011, through and including November 30, 2011, is excluded for purposes of Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

SO ORDERED.

Dated: __November 4__, 2011

            _Lucy H. Koh_____
            HONORABLE, LUCY H. KOH,
            United States District Judge

Stipulation and Order Continuing Hearing
No. CR-11-00120 -LHK                    2