BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant CHAVEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-00120 LHK |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER CONTINUING HEARING** |
| v. | ) | **DATE AND EXCLUDING TIME** |
| | ) | **UNDER THE SPEEDY TRIAL ACT** |
| JULIAN CHAVEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant and the government, through their respective counsel, subject to the court's approval, hereby stipulate that the Court continue the status hearing in the above-captioned matter, presently scheduled for, December 21, 2011 at 10:00 a.m., to January 25, 2012, at 10:00 a.m.  The reason for the continuance is defense counsel's unavailability because of a recent death in defense counsel's family, and continuity of counsel.

The parties further agree and stipulate that time should be excluded from and including December 21, 2011, through and including January 25, 2012, to provide counsel reasonable time to prepare, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv).  Accordingly, the United States and the defendant agree that granting the requested exclusion of time will serve the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

Stipulation to Continue Status Hearing;
[Proposed] Order
No. CR 11-00120 LHK                    1

1   IT IS SO STIPULATED.

2   Dated: December 14, 2011

3                                           _____/s/_____
    MANUEL ARAUJO
    Assistant Federal Public Defender

4   Dated: December 14, 2011

5                                           _____/s/_____
    ANN MARIE URSINI
    Special Assistant United States Attorney

6

7

                    **[~~PROPOSED~~] ORDER**

8

9   GOOD CAUSE APPEARING, and by stipulation of the parties, IT IS HEREBY

10  ORDERED that the status conference hearing in the above-captioned matter shall be continued

11  from December 21, 2011, at 10:00 a.m., to January 25, 2012, at 10:00 a..m.

12  THE COURT FINDS that failing to exclude the time between December 21, 2011, and

13  January 25, 2012, would unreasonably deny the defendant's continuity of counsel, and would

14  unreasonably deny counsel the reasonable time necessary for effective preparation, taking into

15  account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

16  THE COURT FURTHER FINDS that the ends of justice served by excluding the time

17  between December 21, 2011, and January 25, 2012, from computation under the Speedy Trial

18  Act outweigh the interests of the public and the defendant in a speedy trial.

19  THEREFORE, IT IS HEREBY ORDERED that the period of delay from December 21,

20  2011, through and including January 25, 2012, be excluded for purposes of Speedy Trial Act

21  computations pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and

22  3161(h)(7)(B)(iv).

23  IT IS SO ORDERED.

24  Dated: December __15__, 2011

25                                          _____
    HONORABLE LUCY H. KOH
    United States District Judge

26

Stipulation to Continue Status Hearing;
[~~P~~roposed] Order
No. CR 11-00120 LHK                     2