1   BARRY J. PORTMAN
    Federal Public Defender
2   MANUEL U. ARAUJO
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant CHAVEZ

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11  UNITED STATES OF AMERICA,          )      No. CR 11-00120 LHK
                                       )
12          Plaintiff,                 )      **STIPULATION AND [PROPOSED]**
                                       )      **ORDER CONTINUING HEARING**
13      v.                             )      **DATE AND EXCLUDING TIME**
                                       )      **UNDER THE SPEEDY TRIAL ACT**
14  JULIAN CHAVEZ,                     )
                                       )
15          Defendant.                 )
    _____    )

16

17          Defendant and the government, through their respective counsel, subject to the court's

18  approval, hereby stipulate that the Court continue the status hearing in the above-captioned

19  matter, presently scheduled for, January 25, 2012  at 10:00 a.m., to February 15, 2012, at

20  10:00 a.m.  The reason for the continuance is defense counsel's unavailability because of a recent

21  death in defense counsel's family, and continuity of counsel.

22          The parties further agree and stipulate that time should be excluded from and including

23  January 25, 2012, through and including February 15, 2012, to provide counsel reasonable time

24  to prepare, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv).  Accordingly,

25  the United States and the defendant agree that granting the requested exclusion of time will serve

26  the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

Stipulation to Continue Status Hearing;
[Proposed] Order
No. CR 11-00120 LHK                        1

1    IT IS SO STIPULATED.

2    Dated: January 4, 2012

3                                              _____/s/_____
                                               MANUEL  ARAUJO
                                               Assistant Federal Public Defender

4    Dated: January 4, 2012

5                                              _____/s/_____
                                               ANN MARIE URSINI
                                               Special Assistant United States Attorney

6

7
                                    [~~PROPOSED~~] ORDER
8

9    GOOD CAUSE APPEARING, and by stipulation of the parties, IT IS HEREBY

10   ORDERED that the status conference hearing in the above-captioned matter shall be continued

11   from January 25,  2011, at 10:00 a.m., to February 15, 2012, at 10:00 a..m.

12   THE COURT FINDS that failing to exclude the time between January 25, 2012, and

13   February 15, 2012, would unreasonably deny the defendant's continuity of counsel, and would

14   unreasonably deny counsel the reasonable time necessary for effective preparation, taking into

15   account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(7)(B)(iv).

16   THE COURT FURTHER FINDS that the ends of justice served by excluding the time

17   between January 25, 2012, and February 15, 2012 from computation under the Speedy Trial Act

18   outweigh the interests of the public and the defendant in a speedy trial.

19   THEREFORE, IT IS HEREBY ORDERED that the period of delay from January 25,

20   2012, through and including February 15, 2012, be excluded for purposes of Speedy Trial Act

21   computations pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and

22   3161(h)(7)(B)(iv).

23   IT IS SO ORDERED.

24   Dated: January____6____, 2012

25                                              _____
                                               HONORABLE LUCY H. KOH
                                               United States District Judge

26

Stipulation to Continue Status Hearing;
[~~Proposed~~] Order
No. CR 11-00120 LHK                        2